INEZ R. HARTLEY, Respondent, v. JAMES MYRON RINGER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the trial court erred in instructing the jury

that if the contract was a blank as to compensation for the services of the plaintiff, the plaintiff was entitled as matter of law to recover the reasonable value of her services. All concurred.